# UNITED STATES DISTRICT COURT

__AMER IQBAL__   District of   COLUMBIA

Plaintiff

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

V.

CASE NUMBER: 07-408, 07-452 RMU

Defendant

CITY OF DIST. OF COLUMBIA (SUPERIOR COURT), TRICIA ANNE RILEY

I, __AMER IQBAL__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant/respondent   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☐ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   UNTIL 10/31/06, JACOBS FACILITIES INC, 1180 N GLEBE ROAD ARLINGTON VA

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
   | e. | Gifts or inheritances | ☐ Yes | ☒ No |
   | f. | Any other sources | ☒ Yes | ☐ No |

**RECEIVED**

APR 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

I had to borrow money from a friend to pay the child support for my son. I was laid off in last Oct and still looking for a job. At the moment, my son is going thru a bone marrow transplant and I need assistance in appointing an attorney.

4. Do you have **any** cash or checking or savings accounts?   ☒ Yes   ☐ No

   If "Yes," state the total amount.   $2,500

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

   SON    HANNAN AMER     $703    CHILD SUPPORT    } PER MONTH
   X-WIFE ATIFA RANA     $300    SPOUSAL SUPPORT

I declare under penalty of perjury that the above information is true and correct.

_3/20/07_____                    _____[signature]_____
    Date                                       Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

APR 10 2007
RECEIVED

### ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| _____ _____ <br> United States Judge    Date | _____ _____ <br> United States Judge    Date |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Amer Iqbal
17648 Tedler Cir
Roundhill, Virginia 20141

VS

Case # 07-0408 & 07-452 RMU

Superior Court of District of Columbia
500 Indiana Ave, N.W.
Washington D.C. 20001

Tricia Anne Riley
3800 Reservoir Road, N.W.
Kober Cogan Hall #101
Washington D.C. 20007

## FOR COURT RECORDS

Please see attached letter, a copy of the transcripts of the contempt hearing at superior court on 03/29/07, summons to appear on 04/05/2007 in superior court, new TRO amended on 03/29/07 and information on the Notice of Removal faxed to the superior court.

Sincerely,

Amer Iqbal   4/9/07
17648 Tedler Cir
Roundhill, Virginia 20141
Phone 571-277-6216

# Fax

| | | | |
|---|---|---|---|
| **To:** | Bradford J. Roegge | **From:** | Amer Iqbal |
| **Fax:** | 301-424-7991 | **Pages:** | 5 |
| **Phone:** | 301-424-1060 | **Date:** | 04/05/07 |
| **Re:** | | **Phone:** | 571-277-6216 |

x **Urgent**   x **For Review**   ☐ **Please Comment**   ☐ **Please Reply**   ☐ **Please Recycle**

Please see attached letter and docket information of Notice of Removal in US District Court for Superior Court cases # 2007 CA 113 and 2007 CA 113B filed on 03/08/2007. Any questions please feel free to call.

I have also been told by the Court Clerk of Judge Leibovitz that she is not available to hear this matter today.

Thanks

# Fax

| | | | |
|---|---|---|---|
| **To:** | Natalie (Judge Leibovitz Chamber) | **From:** | Amer Iqbal |
| **Fax:** | 202-879-0444 | **Pages:** | 5 |
| **Phone:** | 202-879-0441 | **Date:** | 04/05/07 |
| **Re:** | | **Phone:** | 571-277-6216 |

x **Urgent**    x **For Review**    ☐ **Please Comment**    ☐ **Please Reply**    ☐ **Please Recycle**

Please see attached letter and docket information of Notice of Removal in US District Court for Superior Court cases # 2007 CA 113 and 2007 CA 113B filed on 03/08/2007. Any questions please feel free to call.

Thanks

# Fax

| | | | |
|---|---|---|---|
| **To:** | Natalie (Judge Leibovitz Chamber) | **From:** | Amer Iqbal |
| **Fax:** | 202-879-0444 | **Pages:** | 1 |
| **Phone:** | 202-879-0441 | **Date:** | 04/05/07 |
| **Re:** | | **Phone:** | 571-277-6216 |

x **Urgent**     x **For Review**     ☐ **Please Comment**     ☐ **Please Reply**     ☐ **Please Recycle**

I also like to confirm our conversation before my faxing the letter, that Judge Leibovitz will not be available to hear this matter today.

# IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

April 5, 2007

Honorary Judge Lynn Leibovitz
Superior Court of District of Columbia
500 Indiana Ave; N.W.
Washington D.C. 20001

Re: Case No 2007 CA 113B

Your Honor,

I received a copy of the transcript of the contempt hearing of March 29, 2007. After reviewing the transcripts, I have again noticed incorrectness in transcribing the hearing and there are also missing sentences that were part of this hearing, which are not included in this transcript. The lines 4, 5, 6 and 7 at page 19 are not correctly transcribed in this transcript, as I had also noted them during the hearing.

I hope you have a copy of my March 28, 2007 letter mailed to the superior court clerk, in which I have included 3 different versions of the transcripts of the same hearing given by this court.

I was told by the court clerk's office of the US District Court that my case is already moved to the USDC and superior court does not have jurisdiction on this case. Also, I don't need to appear in any proceedings, if superior court schedules any hearings on this matter.

But after receiving the summons from Your Honor I thought to not ignore them, since I am a Pro Se, and appeared in the last hearing. Also as a good gesture, I agreed to your initiative of amending the last consent order. I was actually planning to request Your Honor to revisit this matter in the presence of the petitioner in today's hearing, as per my filed petition. But if I am not going to receive a correct transcript of any of my hearings, then there is no purpose of these hearings.

After receiving the transcript from the superior court, I spoke to the Pro Se Attorney in the USDC and he also confirmed by telling me that once a Notice of Removal is filed in the US District Court, that case automatically moves to the District Court and USDC gets full jurisdiction on it.

Its really unfortunate that I have to take this step, but after putting some thought on this new transcript, I am inclined not appear in any further proceedings in the superior court, which also includes today's hearing.

I don't think it's appropriate to again start re-reviewing the transcripts and recordings, when the matter is already in the USDC. I am also requesting Honorary Judge Ricardo

Urbina to schedule a hearing at his earliest convenience so all the aspects of this case can be heard.

Please feel free to contact me on 571-277-6216 or USDC clerk's office on 202-354-3050, if you have any questions regarding this letter or filed Notice of Removal.

Respectfully,

Amer Iqbal
17648 Tedler Cir
Roundhill, Virginia 20141

Attachment: Docket information of Notice of Removal for Case # 2007 CA 113 & 2007 CA 113B, filed in USDC on 03/08/2007.

(A copy of this letter is faxed and mailed to Your Honor's chambers at 202-879-0444 and Mr. Bradford J. Roegge at 301-424-7991, and mailed to Judge Ricardo Urbina at 333 Constitution Ave, N.W. Washington D.C. 20001)

JURY, PROSE-NP, TYPE-E

# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:07-cv-00452-RMU
# Internal Use Only

RILEY v. IQBAL
Assigned to: Judge Ricardo M. Urbina
Case: 1:07-cv-00408-RMU
Case in other court: Superior Court, 07ca113 B
Cause: 28:1441 Petition for Removal

Date Filed: 03/08/2007
Jury Demand: Both
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

TRICIA ANNE RILEY    represented by    TRICIA ANNE RILEY
3800 Resrevoir Road, NW
Apartment 101
Washington, DC 20007
PRO SE

V.

**Defendant**

AMER IQBAL    represented by    AMER IQBAL
17648 Tedler Circle
Roundhill, VA 20141
(571) 277-6216
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 03/08/2007 | 1 | NOTICE OF REMOVAL by AMER IQBAL from Superior Court for the District of Columbia, case number 07ca0113 B. (Filing fee $ 350, receipt number 4616002760)filed by AMER IQBAL. (Attachments: # 1 Exhibit 1 thru 7# 2 Exhibit 8 thru 13# 3 Civil Cover |

|  |  | Sheet)(jf, ) (Entered: 03/09/2007) |
| --- | --- | --- |
| 03/08/2007 | 2 | NOTICE OF RELATED CASE by AMER IQBAL. Case related to: Case No. 07-408. (jf, ) (Entered: 03/09/2007) |
| 03/12/2007 |  | (Court only) ***Staff notes (td, ) (Entered: 03/12/2007) |

```
***************************
***   ACTIVITY REPORT   ***
***************************
```

| ST. TIME | DESTINATION NUMBER | DESTINATION ID | NO. | MODE | | PGS. | RESULT | |
|---|---|---|---|---|---|---|---|---|
| *03/16 13:37 | 13154374508 | | 0109 | TRANSMIT | ECM | 12 | OK | 04'14 |
| *03/16 13:47 | | | 5028 | AUTO RX | ECM | 1 | OK | 00'38 |
| *03/16 14:51 | 12026860050 | | 0110 | TRANSMIT | ECM | 2 | OK | 00'39 |
| *03/18 12:01 | 12022721922 | | 0111 | TRANSMIT | | 0 | NG | 00'00 |
| | | | | | | 0 | STOP | |
| *03/18 12:07 | 13012721922 | | 0113 | TRANSMIT | ECM | 6 | OK | 01'24 |
| *03/18 12:08 | 12022727449 | | 0112 | TRANSMIT | | 0 | NG | 00'00 |
| | | | | | | 0 | STOP | |
| *03/18 20:56 | 2 | | 0114 | TRANSMIT | | 0 | NG | 00'00 |
| | | | | | | 0 | STOP | |
| *03/21 10:45 | | | 5029 | AUTO RX | ECM | 8 | OK | 01'38 |
| *03/22 10:09 | 17044276652 | | 0115 | TRANSMIT | ECM | 1 | OK | 00'25 |
| *03/22 10:10 | 17044276652 | | 0116 | TRANSMIT | ECM | 1 | OK | 00'25 |
| *03/22 10:45 | | | 5030 | MANUAL RX | | 0 | NG | 00'44 |
| | | | | | | 0 | #005 | |
| *03/22 15:30 | 13012727449 | | 0117 | TRANSMIT | ECM | 1 | OK | 00'18 |
| *03/22 16:09 | 13012721922 | | 0118 | TRANSMIT | ECM | 1 | OK | 00'22 |
| *03/22 17:08 | 12027890444 | | 0119 | TRANSMIT | | 0 | NG | 00'00 |
| | | | | | | 0 | #018 | |
| *03/22 17:09 | 12028790444 | | 0120 | TRANSMIT | ECM | 3 | OK | 01'15 |
| *03/23 11:00 | | | 5031 | AUTO RX | ECM | 1 | OK | 00'20 |
| *03/26 14:01 | 12028790444 | | 0121 | TRANSMIT | ECM | 7 | OK | 02'02 |
| 04/05 09:58 | 12028790444 | | 0122 | TRANSMIT | ECM | 5 | OK | 01'27 |
| 04/05 10:09 | 13014247991 | | 0123 | TRANSMIT | ECM | 5 | OK | 00'49 |
| 04/05 10:13 | 12028790444 | | 0124 | TRANSMIT | ECM | 1 | OK | 00'22 |

# Fax

| | | | |
|---|---|---|---|
| **To:** | Natalie (Judge Leibovitz Chamber) | **From:** | Amer Iqbal |
| **Fax:** | 202-879-0444 | **Pages:** | 3 |
| **Phone:** | 202-879-0441 | **Date:** | 04/06/07 |
| **Re:** | | **Phone:** | 571-277-6216 |

x **Urgent**    x **For Review**    ☐ **Please Comment**    ☐ **Please Reply**    ☐ **Please Recycle**

Please see attached two page information on the Notice of Removal filed in US District Court.

Thanks

LII / Legal Information Institute

# U.S. Code collection

**TITLE 28 > PART IV > CHAPTER 89 > § 1446**
**§ 1446. Procedure for removal**

Prev | Next

*How Current is This?*

**(a)** A defendant or defendants desiring to remove any civil action or criminal prosecution from a State court shall file in the district court of the United States for the district and division within which such action is pending a notice of removal signed pursuant to Rule 11 of the Federal Rules of Civil Procedure and containing a short and plain statement of the grounds for removal, together with a copy of all process, pleadings, and orders served upon such defendant or defendants in such action.

**(b)** The notice of removal of a civil action or proceeding shall be filed within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within thirty days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter.

If the case stated by the initial pleading is not removable, a notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable, except that a case may not be removed on the basis of jurisdiction conferred by section 1332 of this title more than 1 year after commencement of the action.

**(c)**

**(1)** A notice of removal of a criminal prosecution shall be filed not later than thirty days after the arraignment in the State court, or at any time before trial, whichever is earlier, except that for good cause shown the United States district court may enter an order granting the defendant or defendants leave to file the notice at a later time.

**(2)** A notice of removal of a criminal prosecution shall include all grounds for such removal. A failure to state grounds which exist at the time of the filing of the notice shall constitute a waiver of such grounds, and a second notice may be filed only on grounds not existing at the time of the original notice. For good cause shown, the United States district court may grant relief from the limitations of this paragraph.

**(3)** The filing of a notice of removal of a criminal prosecution shall not prevent the State court in which such prosecution is pending from proceeding further, except that a judgment of conviction shall not be entered unless the prosecution is first remanded.

**(4)** The United States district court in which such notice is filed shall examine the notice promptly. If it clearly appears on the face of the notice and any exhibits annexed thereto that removal should not be permitted, the court shall make an order for summary remand.

**(5)** If the United States district court does not order the summary remand of such prosecution, it shall order an evidentiary hearing to be held promptly and after such hearing shall make such disposition of the prosecution as justice shall require. If the United States district court determines that removal shall be permitted, it shall so notify the State court in which prosecution is pending, which shall proceed no further.

※

**(d)** Promptly after the filing of such notice of removal of a civil action the defendant or defendants shall give written notice thereof to all adverse parties and shall file a copy of the notice with the clerk of such State court, which shall effect the removal and the State court shall proceed no further unless and until the case is remanded.

※

Search this title:

Notes
Updates
Parallel regulations (CFR)
Your comments

**(e)** If the defendant or defendants are in actual custody on process issued by the State court, the district court shall issue its writ of habeas corpus, and the marshal shall thereupon take such defendant or defendants into his custody and deliver a copy of the writ to the clerk of such State court.

**(f)** With respect to any counterclaim removed to a district court pursuant to section 337(c) of the Tariff Act of 1930, the district court shall resolve such counterclaim in the same manner as an original complaint under the Federal Rules of Civil Procedure, except that the payment of a filing fee shall not be required in such cases and the counterclaim shall relate back to the date of the original complaint in the proceeding before the International Trade Commission under section 337 of that Act.

Prev | Next

LII has no control over and does not endorse any external Internet site that contains links to or references LII.

```
***************************
***   ACTIVITY REPORT   ***
***************************
```

| ST. TIME | DESTINATION NUMBER | DESTINATION ID | NO. | MODE | | PGS. | RESULT | |
|---|---|---|---|---|---|---|---|---|
| *03/16 13:47 | | | 5028 | AUTO RX | ECM | 1 | OK | 00'38 |
| *03/16 14:51 | 12026860050 | | 0110 | TRANSMIT | ECM | 2 | OK | 00'39 |
| *03/18 12:01 | 12022721922 | | 0111 | TRANSMIT | | 0 | NG | 00'00 |
| | | | | | | 0 | STOP | |
| *03/18 12:07 | 13012721922 | | 0113 | TRANSMIT | ECM | 6 | OK | 01'24 |
| *03/18 12:08 | 12022727449 | | 0112 | TRANSMIT | | 0 | NG | 00'00 |
| | | | | | | 0 | STOP | |
| *03/18 20:56 | 2 | | 0114 | TRANSMIT | | 0 | NG | 00'00 |
| | | | | | | 0 | STOP | |
| *03/21 10:45 | | | 5029 | AUTO RX | ECM | 8 | OK | 01'38 |
| *03/22 10:09 | 17044276652 | | 0115 | TRANSMIT | ECM | 1 | OK | 00'25 |
| *03/22 10:10 | 17044276652 | | 0116 | TRANSMIT | ECM | 1 | OK | 00'25 |
| *03/22 10:45 | | | 5030 | MANUAL RX | | 0 | NG | 00'44 |
| | | | | | | 0 | #005 | |
| *03/22 15:30 | 13012727449 | | 0117 | TRANSMIT | ECM | 1 | OK | 00'18 |
| *03/22 16:09 | 13012721922 | | 0118 | TRANSMIT | ECM | 1 | OK | 00'22 |
| *03/22 17:08 | 12027890444 | | 0119 | TRANSMIT | | 0 | NG | 00'00 |
| | | | | | | 0 | #018 | |
| *03/22 17:09 | 12028790444 | | 0120 | TRANSMIT | ECM | 3 | OK | 01'15 |
| *03/23 11:00 | | | 5031 | AUTO RX | ECM | 1 | OK | 00'20 |
| *03/26 14:01 | 12028790444 | | 0121 | TRANSMIT | ECM | 7 | OK | 02'02 |
| *04/05 09:58 | 12028790444 | | 0122 | TRANSMIT | ECM | 5 | OK | 01'27 |
| *04/05 10:09 | 13014247991 | | 0123 | TRANSMIT | ECM | 5 | OK | 00'49 |
| *04/05 10:13 | 12028790444 | | 0124 | TRANSMIT | ECM | 1 | OK | 00'22 |
| 04/06 10:13 | 12028790444 | | 0125 | TRANSMIT | ECM | 3 | OK | 01'11 |

*Handwritten notes:*

* 4/5/07    9:48 AM, called and was told that hearing was cancelled for today.

* 4/5/07    4:52 PM, Message to appear in superior court on 4/6/07 at 3:00 PM

* 4/6/07    10:07 AM, Message to not appear today.

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

__Tricia Anne Riley__
**Plaintiff**

vs.

C.A. No. __2007 CA 1133__

__Amer Iqbal__
**Defendant**

## ~~Amended~~ CONSENT ORDER

For good cause shown and upon the consent of the parties, the Order entered by J. Robert Tignor on January 18, 2007, is amended as follows.

Upon consideration of the plaintiff's application for a Restraining Order, and the record herein, and the consent of all parties, it is by the Court this __29__ day of __March__, 2001, hereby **Ordered**, that;

1. ~~Defendant shall not assault, threaten, harass, or physically abuse Plaintiff in any manner.~~

2. Defendant shall stay at least 100 feet away from the Plaintiff's _X_ person, _X_ home, _X_ workplace, except that D may be present at Georgetown University Hospital whenever necessary to assist with the ~~and~~ treatment of his minor child. At such times Defendant will stay as far away from Plaintiff as is practicably possible.

3. Defendant shall not contact ~~communicate with or~~ the Plaintiff in any manner,
Including but not limited to: _X_ telephone, _X_ in writing,

1

or _X_ in any other manner either directly or indirectly through a third party; this includes the requirement that D shall not serve or mail any documents directly to Plaintiff, and may only serve court papers upon her by mailing them to her attorney.

_____  _____
JUDGE                     3/29/07
                          DATE

Signed by counsel - [signature]
_____
Plaintiff

_____[signature]__3/29/07____
Defendant

Defendant shall stay away from and not communicate with Plaintiff's relatives.

3. The court makes no findings whatsoever as to whether any inappropriate conduct has occurred.

4. This order shall remain in effect until 1/17/08.

2

# THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

**March 30, 2007**

CASE NAME:   TRICIA ANNE RILEY Vs. AMER IQBAL

CASE NO.    2007 CA 000113 B

The above-captioned Civil Actions case has been scheduled for Motion Hearing on the date and time shown below. All parties shall appear before Judge LYNN LEIBOVITZ

**HEARING DATE: Thursday, April 05, 2007**
**TIME: 3:00 pm**
**LOCATION:   500 Indiana Avenue N.W.**
         **Courtroom 312**
         **WASHINGTON, DC  20001**

**PLEASE BRING THIS NOTICE WITH YOU WHEN YOU APPEAR.**

Civil Division



D. C. Superior Court
500 Indiana Avenue, N.W.
Room JM-130
Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

AMER IQBAL
17648 Tedler Circle
ROUND HILL, VA
20141

007 CA 000113 B

SEE REVERSE SIDE FOR OPENING INSTRUCTIONS

CANOH-1.DOC
3/30/2007