IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TRICIA ANNE RILEY, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Case Number 1:07cv00452 (RMU) |
| | : | Judge Ricardo M. Urbina |
| AMER IQBAL, | : | |
| | : | |
| Defendant | : | |

**PLAINTIFF'S MOTION TO EXPEDITE A RULING
ON PLAINTIFF'S MOTION TO REMAND THE CASE
TO THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA**

COMES NOW Plaintiff, Tricia Anne Riley, by and through the undersigned counsel, and hereby moves this Honorable Court for an expedited ruling on her motion to remand the case to the Superior Court for the District of Columbia, and as grounds states as follows:

1. Defendant filed his Notice of Removal on March 8, 2007. On April 11, 2007, Plaintiff filed her motion to remand the case to the Superior Court for the District of Columbia. There are urgent reasons why this case should be remanded to the Superior Court as soon as possible.

2. First, for the reasons set forth in Plaintiff's Motion to Remand, there is absolutely no basis for this Court's exercise of jurisdiction over the matter. Defendant only seeks a rehearing on his voluntary temporary restraining order, and that claim does not invoke the jurisdiction of this court.

3. Second, Plaintiff is essentially in limbo as long as this case remains in federal court without further proceedings. Until the action is remanded, the Superior Court cannot entertain her Petition for Contempt based upon Defendant's violations of the temporary restraining order and

his bizarre and false claim that he was married to her during that hearing. Given the events that occurred at Virginia Tech earlier this week, it is imperative that Plaintiff receive some relief from the Superior Court as soon as possible. She understandably is gravely concerned about her personal safety.

    4.  As a result, Plaintiff respectfully requests that this Court order this matter remanded to the Superior Court for the District of Columbia as soon as possible.

  WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests an Order from this Court remanding the case to the Superior Court for the District of Columbia for further proceedings.

        Respectfully submitted,

        BRAULT GRAHAM, P.L.L.C.

        /s/ Bradford J. Roegge
        Bradford J. Roegge (DC Bar No. 457069)
        101 South Washington Street
        Rockville, Maryland 20850
        301-424-1060
        broegge@braultgraham.com
        *Attorney for Plaintiff Tricia Anne Riley*

### Certificate of Service

  I hereby certify that on this 20th day of April, 2007, I caused a copy of the foregoing to be sent by U.S. mail, first-class postage prepaid, to:

    Mr. Amer Iqbal
    17648 Tedler Circle
    Round Hill, Virginia 20141

        /s/ Bradford J. Roegge
        Bradford J. Roegge

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TRICIA ANNE RILEY, | : | |
| | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | Case Number 1:07cv00452 (RMU) |
| | : | Judge Ricardo M. Urbina |
| AMER IQBAL, | : | |
| | : | |
|     Defendant | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of April, 2007, I caused a copy of Plaintiff Riley's Motion to Expedite a Ruling on Plaintiff's Motion to Remand the Case to the Superior Court for the District of Columbia, the proposed Order, and this Certificate of Service, to be sent by U.S. mail, first-class postage prepaid, to:

    Mr. Amer Iqbal
    17648 Tedler Circle
    Round Hill, Virginia 20141

                      Respectfully submitted,

                      BRAULT GRAHAM, P.L.L.C.


                      /s/ Bradford J. Roegge
                      Bradford J. Roegge (Bar No. 457069)
                      101 South Washington Street
                      Rockville, Maryland 20850
                      301-424-1060
                      broegge@braultgraham.com
                      *Attorney for Plaintiff Tricia Anne Riley*

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TRICIA ANNE RILEY, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Case Number 1:07cv00452 (RMU) |
| | : | Judge Ricardo M. Urbina |
| AMER IQBAL, | : | |
| | : | |
| Defendant | : | |

## ORDER

Upon consideration of Plaintiff Riley's Motion to Expedite a Ruling on Plaintiff's Motion to Remand the Case to the Superior Court for the District of Columbia, and the entire record herein, it is, this _____ day of _____, 2007, by the United States District Court for the District of Columbia, hereby

ORDERED, that Plaintiff Riley's Motion to Expedite a Ruling on Plaintiff's Motion to Remand the Case to the Superior Court for the District of Columbia is hereby GRANTED, and it is further

ORDERED, that Plaintiff Riley's Motion to Remand the Case to the Superior Court for the District of Columbia be and the same is hereby GRANTED, and it is further

ORDERED, that Defendant pay Plaintiff her costs and attorney fees incurred in the filing of her Motion for Remand.

_____
Ricardo M. Urbina, U.S. District Judge

<u>Copies to</u>:

Bradford J. Roegge, Esq.
Brault Graham, P.L.L.C.
101 South Washington Street
Rockville, Maryland 20850
broegge@braultgraham.com
*Attorney for Plaintiff Tricia Anne Riley*

Mr. Amer Iqbal
17648 Tedler Circle
Round Hill, Virginia 20141
*Pro Se Defendant*